**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

MDL NO. 2:18-mn-2873-RMG

This Document Relates To:

***The City of Griffin, Georgia v. 3M Company, et al.***
**Case No. 2:26-cv-03420-RMG**

**NOTICE OF APPEARANCE**

COMES NOW Lindsey B. Mann, of the law firm Troutman Pepper Locke LLP, and hereby gives notice of her appearance as counsel for Defendant Clorox Manufacturing Company ("Clorox"), in the above-styled matter.

It is requested that all pleadings, notices, orders, discovery, correspondence, and other papers in this case be served upon her as counsel for Clorox.

Respectfully submitted this 15th day of October, 2026.

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
T: 404-885-3000
F: 404-885-3900

*Counsel for Clorox Manufacturing Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2026, a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system. Notice of this filing will be sent to all parties through CM/ECF.

**TROUTMAN PEPPER LOCKE LLP**

/s/ *Lindsey B. Mann*

Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404-885-3000

*Counsel for Clorox Manufacturing Company*